In the Matter of BRANDON HOLMES, Appellant, v CAPTAIN C. GUMMERSON, Respondent. [831 NYS2d 90]—Appeal from a judgment (denominated order) of the Supreme Court, Cayuga

County (Peter E. Corning, A.J.), entered January 17, 2006 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs. Present—Martoche, J.P., Smith, Lunn, Fahey and Peradotto, JJ.